ACCEPTED
04-14-00886-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/22/2015 12:00:00 AM
KEITH HOTTLE
CLERK

## NO. 04-14-00886-CV

<table>
<tr><td>IN THE COURT OF APPEALS<br>FOURTH COURT OF APPEALS DISTRICT OF TEXAS<br>SAN ANTONIO, TEXAS</td><td>FILED IN<br>4th COURT OF APPEALS<br>SAN ANTONIO, TEXAS<br>6/21/2015 10:22:39 PM<br>KEITH E. HOTTLE<br>Clerk</td></tr>
</table>

CITY OF SAN ANTONIO,

APPELLANT,

V.

HAYS STREET BRIDGE RESTORATON GROUP

APPELLEE

## REPORT ON MEDIATION

TO THE HONORABLE JUSTICES OF THE COURT:

While the parties continue to discuss settlement, there is no settlement as of this required reporting date of June 22, 2015. The undersigned does not anticipate that a settlement is possible in the near term, although the City intends to continue to work towards an amicable resolution.

> LAW OFFICE OF DAN POZZA
> 239 E. Commerce Street
> San Antonio, TX 78205
> (210) 226-8888 – Phone
> (210) 224-6373 – Fax
> danpozza@yahoo.com

**-1-**

/s/Dan Pozza
State Bar No. 16224800

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Report on Mediation* was forwarded via e-mail transmission, on the 22nd day of June, 2015, to:

Amy Kastely
Attorney at Law
233 Lotus Avenue
San Antonio, TX 78210
amykasteley@fastmail.fm

Elva Trevino
Attorney at Law
c/o 212 Dwyer Street, Suite 302
San Antonio, TX 78204
elvatrvn@yahoo.com

/s/Dan Pozza